UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE BROOKS,<br><br>      Plaintiff,<br><br>   v.<br><br>SECURUS & ARAMARK,<br><br>      Defendants. | Case No.  2:26-cv-0332-DC-JDP (P)<br><br><br>ORDER |

On June 22, 2026, plaintiff filed a notice of voluntary dismissal, seeking to dismiss this action without prejudice.  ECF No. 11.  To date, defendants have not responded to the notice.

Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

(i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii)   a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Before plaintiff filed his request for voluntary dismissal (and before removal to this court), defendant Aramark filed an answer in state court.  ECF No. 1-2 at 9.  Consequently, it appears

1

plaintiff may not unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i).  However, defendants may stipulate to dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).  Even if defendants decline to stipulate, the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).

Accordingly, it is hereby ORDERED that defendants shall, within seven days of the date of this order, file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:    July 7, 2026            _____
                                 JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendants so stipulate, the court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2